# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| E.Q., a minor, by and through her Parent and Guardian Patricia Quinteros,<br><br>Plaintiff,<br><br>v.<br><br>City of Ontario; AEG Ontario Arena; SMG; and Does 1-10,<br><br>Defendants. | Case No. 5:16-cv-02139 JGB(SPx)<br><br>**ORDER RE: JOINT STIPULATION OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)** |

## ORDER

Having read the foregoing Stipulation and good cause appearing therefore, this action is hereby ordered dismissed with prejudice. Each party is to bear its own attorneys' fees and costs.

IT IS SO ORDERED.

DATED: October 12, 2017

Hon. Jesus G. Bernal
United States District Judge